Michael G. KESELICA, Plaintiff—
Appellant,

v.

Charles A. MOOSE, in his individual and official capacity as the Montgomery County Police Chief (since resigned); Thomas P. Reich, in his individual and official capacity as a Montgomery County Police Detective (since retired); Montgomery County Police Department; Montgomery County, Maryland, Defendants—Appellees.

Michael G. Keselica, Plaintiff—
Appellant,

v.

Douglas Gansler, in his individual and official capacity as State's Attorney for Montgomery County, Maryland; Bryan Roslund, in his individual official capacity as Assistant State's Attorney for Montgomery County, Maryland; Frank Maloney, in his individual and official capacity as Assistant State's Attorney for Montgomery County, Maryland; The State of Maryland, Defendants—Appellees.

Nos. 03–7797, 03–7824.

United States Court of Appeals,
Fourth Circuit.

Submitted March 15, 2004.

Decided April 6, 2004.

Michael G. Keselica, Appellant pro se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael G. Keselica appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Keselica v. Moose*, No. CA–03–2703–1–AMD; *Keselica v. Gansler*, No. CA–03–2704–AMD (D.Md. Oct. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*